# HAFETZ & NECHELES LLP

ATTORNEYS AT LAW

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2019

November 27, 2019

**By ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *United States v. Asim Hameedi et al.*, 17 Cr. 137 (JGK)

Dear Judge Koeltl:

      I write on behalf of my client Desiree Scott to request a temporary modification of her bail conditions on December 7th, 2019, to allow her to travel to and from New Jersey with her son to attend the birthday party of a close friend's 6-year-old child. The party is located in Waldwick, NJ, and Ms. Scott will provide the address to Pretrial Services. I have conferred with AUSA Michael Neff and with Pretrial Services Officer Kessler-Cleary and neither has any objection to this request.

                      Respectfully submitted,

                                /s/

                      Kathleen E. Cassidy

cc:    AUSA Michael Neff (via ECF)
       Andrew Kessler-Cleary, Pretrial Services (by email)

APPLICATION GRANTED
SO ORDERED

12/2/19    /s/ John G. Koeltl
           John G. Koeltl