# HAFETZ & NECHELES LLP

ATTORNEYS AT LAW

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __12·19·19__

December 18, 2019

**By ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 12B
New York, NY 10007

      Re:   *United States v. Asim Hameedi, et al.*, 17 Cr. 137 (JGK)

Dear Judge Koeltl:

      I write on behalf of my client Desiree Scott to respectfully request a temporary modification of her bail conditions to allow her to travel to Kennett Square, Pennsylvania on Sunday, December 22. Ms. Scott would like to take her son to Longwood Gardens in Kennett Square to see the Christmas display, and will return on Monday, December 23.

      I have conferred with Assistant United States Attorney Michael Neff and with Pretrial Services Officer Andrew Kessler-Cleary, both of whom consent to this request.

                            Respectfully submitted,

                                  /s/

                            Kathleen E. Cassidy

cc:    AUSA Michael Neff (via ECF)
       Andrew Kessler-Cleary, Pretrial Services (by email)

APPLICATION GRANTED
SO ORDERED

12/19/19

John G. Koeltl, U.S.D.J.