# HAFETZ & NECHELES LLP

ATTORNEYS AT LAW

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-6-2020

December 31, 2019

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 12B
New York, NY 10007

Re: *United States v. Asim Hameedi, et al.*, 17-cr-137 (JGK)

Dear Judge Koeltl:

Defendant Desiree Scott is currently scheduled to be sentenced on February 7, 2019. The sentencings of her codefendants Asim, Fawad, and Arif Hameedi are scheduled to take place on January 14, 2020. As the Court is aware, there are disputed issues surrounding the loss amounts attributable to her codefendants, which may affect the calculation of Ms. Scott's loss amount as well. (See Dkt. 320-21, 324). Accordingly, and in light of Ms. Scott's interest in being sentenced after her codefendants, the parties respectfully request that Ms. Scott's sentencing be adjourned until a date after March 2, 2020. The parties further request that the disclosure date for the U.S. Probation Office's final Presentence Investigation Report be adjourned until approximately 30 days before sentencing so that Probation may take into account information about Ms. Scott's co-defendants' sentencings.

Finally, defense counsel respectfully requests that the Court not schedule the sentencing between March 16 and 27 due to counsel's travel plans.

Respectfully submitted,

/s/

Kathleen E. Cassidy

cc: AUSA Michael Neff (by ECF)
USPO Tandis Farrence (by email)

---

*Handwritten annotation:*

ADJOURNED UNTIL FRIDAY, APRIL 3, 2020, AT 10:30AM. THE PROBATION DEPARTMENT SHALL MAKE FINAL DISCLOSURE OF THE PRESENTENCE REPORT BY MARCH 3, 2020.

SO ORDERED.
[signature]
1/6/20