# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

kcassidy@maglaw.com
(212) 880-9413

SENIOR COUNSEL
PAUL R. GRAND
———
COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN
———
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

July 30, 2021

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

7/30/21

**By ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 12B
New York, NY 10007

Re:    *United States v. Asim Hameedi, et al.*, 17 Cr. 137 (JGK)

Dear Judge Koeltl:

I write on behalf of my client Desiree Scott to respectfully request a temporary modification of her bail conditions to allow her to travel to Bergenfield, New Jersey on August 7, 2021. Ms. Scott would like to join her husband and son to attend her friend's daughter's birthday party, and will return on the same day.

I have conferred with Assistant United States Attorney Michael Neff and with Pretrial Services Officer Courtney DeFeo, neither of whom objects to this request.

Thank you for the Court's consideration of this letter motion.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/30/2021__

Respectfully submitted,

/s/ Kathleen E. Cassidy
Kathleen E. Cassidy
*Attorney for Desiree Scott*

cc:    AUSAs Michael Neff and David Abramowicz (via ECF)
       Courtney DeFeo, Pretrial Services (by email)