# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

kcassidy@maglaw.com
(212) 880-9413

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

August 27, 2021

**By ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 12B
New York, NY 10007

```
Application granted.
SO ORDERED.

August 30, 2021    /s/ John G. Koeltl
New York, NY       John G. Koeltl, U.S.D.J.
```

Re:   *United States v. Asim Hameedi, et al.*, 17 Cr. 137 (JGK)

Dear Judge Koeltl:

     I write on behalf of my client Desiree Scott to respectfully request a modification of her bail conditions to allow her to travel anywhere in the continental United States with advance notice to her Pretrial Services officer.

     Ms. Scott has been on Pretrial supervision since her arrest in 2017 and has been fully compliant with the conditions of her release. Neither Assistant United States Attorney Michael Neff nor Pretrial Services Officer Courtney DeFeo, has any objection to this request.

     Thank you for the Court's consideration of this letter motion.

Respectfully submitted,

/s/ *Kathleen E. Cassidy*
Kathleen E. Cassidy
*Attorney for Desiree Scott*

cc:   AUSAs Michael Neff and David Abramowicz (via ECF)
       Courtney DeFeo, Pretrial Services (by email)