# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

kcassidy@maglaw.com
(212) 880-9413

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

March 29, 2022

**By ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 12B
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.
3/29/22

Re: *United States v. Asim Hameedi, et al.*, 17 Cr. 137 (JGK)

Dear Judge Koeltl:

I write on behalf of my client Desiree Scott to respectfully request a modification of her bail conditions to allow her to (1) temporarily receive her expired passport from Pretrial and (2) use it to apply for a new passport. The passport is currently in the possession of Pretrial Services and expired in approximately August 2021. If she is permitted to obtain a new passport, Ms. Scott will surrender the renewed passport to her Pretrial Officer. Ms. Scott requests this permission in anticipation of a possible trip to the Philippines this summer to visit her family, if such trip is approved by the Court. She makes this request at this time in light of the current processing times for passport renewal.

Neither the Government nor Pretrial has any objection to this request. Thank you for the Court's consideration of this letter motion.

Respectfully submitted,

/s/ *Kathleen E. Cassidy*
Kathleen E. Cassidy
*Attorney for Desiree Scott*

cc: AUSAs Michael Neff and David Abramowicz (via ECF)
Courtney DeFeo, Pretrial Services (by email)