# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

kcassidy@maglaw.com
(212) 880-9413

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

June 27, 2022

**By ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 12B
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
6/27/22

Re:   *United States v. Asim Hameedi, et al.*, 17 Cr. 137 (JGK)

Dear Judge Koeltl:

    I write on behalf of my client, Desiree Scott to respectfully request a modification of her bail conditions to allow her to (1) travel to Jamaica with her family for vacation beginning on August 28, 2022 and returning on September 2, 2022, and (2) to renew her passport once permission to travel is granted. Ms. Scott will provide to Pretrial the details of her travel to Jamaica at a later date, and she will return the new passport to Pretrial upon returning from Jamaica.

    On March 29, 2022, this Court granted Ms. Scott's request to temporarily receive her expired passport from Pretrial and to use it to apply for a new passport. ECF No. 529. Ms. Scott received her expired passport from Pretrial and applied for a new passport on April 8, 2022. Earlier this month, Ms. Scott received a letter from Passport Services of the Bureau of Consular Affairs in the Department of State that her application for a U.S. passport had been denied pursuant to 22 C.F.R. § 51.60(b)(2) based on this Court's March 1, 2017 order placing Ms. Scott under the supervision of Pretrial Services and prohibiting travel outside of the Southern and Eastern Districts of New York without the Court's permission. The letter indicated that Ms. Scott may reapply for renewal of her passport once she has received permission from the Court to travel.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Hon. John G. Koeltl
June 27, 2022
Page 2 of 2

      Neither the Government nor Pretrial has any objection to this request. Thank you for the Court's consideration of this letter motion.

      Respectfully submitted,

      /s/ *Kathleen E. Cassidy*
      Kathleen E. Cassidy
      *Attorney for Desiree Scott*

cc:   AUSAs Michael Neff and David Abramowicz (via ECF)
      Office Shannon Finneran, Pretrial Services (by email)