UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
UNITED STATES OF AMERICA           :
                                   :   17 CR 137
                                   :
     -against-                     :   ORDER
                                   :
Desiree Scott                      :
                                   :
         Defendant                 :
                                   :
-----------------------------------X

     John G. Koeltl, United States District Judge:

  So ordered that the defendant's bail be modified from "regular
Pretrial Services supervision" to "Pretrial Services supervision as
                                                         directed."

  Dated: New York, New York
         September 12, 2022

                              John G. Koeltl
                              United States District Judge