UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

DESIREE SCOTT,
                              Defendant.
-----------------------------------------------------------X

17 cr 137 (JGK)

**ORDER**

The defendant, having been sentenced, may have her passport returned to her.

**SO ORDERED.**

/s/ John G. Koeltl
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       June 28, 2023